# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2020

SEAN F. McAVOY, CLERK

DANIEL T.,

    *Plaintiff*

v.

ANDREW M. SAUL, Commissioner of the Social Security Administration,

    *Defendant*

Civil Action No. 2:19-CV-267-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 9, is DENIED. Defendant's Motion for Summary Judgment, ECF No. 10, is GRANTED. Judgment is entered in favor of the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on motions for summary judgment.

Date: May 27, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
    *(By) Deputy Clerk*
Virginia Reisenauer